John D. Cosgrove, 2d, as Administrator, etc., of Helen Thayer, Deceased, Respondent, v. Frank Ludlam, Appellant.— In an action to recover possession of certain antiques stored in the defendant's warehouse or to recover the value thereof, judgment of the County Court of Nassau county in favor of the plaintiff reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event. The determination of the jury that defendant had knowledge that the antiques were in the Governor Winthrop secretary stored by plaintiff's intestate is against the weight of the evidence. Appeal from order denying defendant's motion for a new trial dismissed, without costs. No such order appears in the record. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

Fidelity and Casualty Company of New York, Dittmar Powder Works, Inc., and Antonio Rizzetti, Respondents, v. Croce Sylvestri, Palma Sylvestri, Linn Avenue Construction Corporation and Tibbetts Rental Corporation, Appellants.— In an action brought to set aside as fraudulent and void as to the plaintiffs, judgment creditors of defendant, Croce Sylvestri, certain transfers of real and personal property, judgment in favor of the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

Charles J. Fisher, Jr., by Mary E. Fisher, His Guardian ad Litem, Respondent, v. Samuel Potter Bartley and Henry W. Dangler, Appellants.— In an action to recover damages for personal injuries sustained as the result of malpractice on the part of defendants, physicians and surgeons, judgment in favor of the plaintiff and order denying defendants' motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Mary Impellittiere and Thomas Impellittiere, Respondents, v. Cushman's Sons, Inc., Appellant.— Appeal dismissed on call of calendar, no briefs having been filed and there being no appearances. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of William T. Newham for an Examination of Ballots under the Election Law, Respondent, v. Maurice Gelfer, Appellant.— Appeal from an order " dated April 6th, 1936, and about to be entered with the Clerk of Suffolk County," prescribing the manner in which certain protested ballots shall be counted. The appeal is dismissed, without costs. It was not taken from an order that had been entered. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

Mollie Katz, Respondent, v. Max Katz, Appellant.— In an action for separation upon the grounds of cruel and inhuman treatment and non-support, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

James Kopernick, Respondent, v. The John Hancock Mutual Life Insurance Company of Boston, Mass., and James H. Malone, Appellants.— In an action to recover damages for false imprisonment, in which the jury rendered a verdict in favor of the plaintiff for the sum of $3,000, judgment of the City Court of Yonkers and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.